RECEIVED
OCT 29 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| ALONDRA CEJUDO RIVAS, ET AL | CIVIL NO. 6:12-CV-02610 |
| VERSUS | JUDGE RICHARD T. HAIK SR |
| BEAUCOUP CRAWFISH OF EUNICE, INC., ET AL | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct, as clarified by the parties [rec. doc. 58], and therefore adopts the conclusions set forth therein, as well as the clarification of the parties. Therefore, having determined that this action presents a bona fide dispute over FLSA provisions, that the Settlement is fair, adequate, reasonable and in the best interests of the parties, that the attorney's fees and expenses sought by plaintiffs' counsel are reasonable, fair and adequate and that the manner of apportionment of these attorney's fees and expenses between the plaintiffs by plaintiffs' counsel is fair and reasonable;

**IT IS ORDERED** that the **SETTLEMENT IS APPROVED** and the Court **GRANTS** the Joint Motion to Approve the Collective Action Settlement and Approve an Award of Attorney's Fees and Expenses [Rec. Doc. 54] on the terms and conditions set forth in the Motion and the Proposed Settlement Agreement.

The claims of Reginald Hardy, Dana Darbonne and Vincent Gallow are **DISMISSED WITHOUT PREJUDICE**; the claims of the remainder of the collective action members are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that plaintiffs' counsel be paid an attorney's fee of $56,829.08, and a total of $8,275.28 in expenses, for a total award of $65,104.36.

Without affecting the finality of this Judgment, the Court hereby retains continuing jurisdiction over the implementation of the Settlement Agreement.

**THUS DONE AND SIGNED** this 28th day of October, 2014, in chambers, Lafayette, Louisiana.

*[signature]*
RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE